**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CLAYTON LAMONT VANN, SR.** **PLAINTIFF**
**ADC #108062**

**V.** **NO. 4:26-cv-00173-LPR-ERE**

**JAMES GIBSON, *et al.*** **DEFENDANTS**

**ORDER**

Defendants James Gibson, Kenneth Davis, Joi Harris, Dewitt Givens, Dexter Payne, and Telicia Mothershed, through counsel, have filed a motion for leave to file a belated answer to Plaintiff Clayton Vann's supplemental complaint. *Doc. 47*. Counsel explains that he inadvertently missed the deadline to respond to Mr. Vann's supplement to his amended complaint (*Doc. 43*), as a result of which the proposed answer is being tendered nine days late.

Federal Rule of Civil Procedure 6(b) permits the Court to "for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Defendants provide a reasonable explanation that qualifies as excusable neglect for filing their answer after the deadline expired. In addition, this brief delay will not prejudice Mr. Vann, especially since Mr. Vann has the benefit of Defendants' earlier timely filed answer (*Doc. 20*).

For good cause shown, the Court will extend the time for Defendants to file their answer.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for leave to file their belated answer (*Doc. 47*) is GRANTED.

2. The Clerk is directed to file Defendants' proposed answer (*Doc. 47-1*) as their answer to Mr. Vann's supplement to his amended complaint (*Doc. 43*), and the Court will deem it timely filed.

So Ordered 7 August 2026.

UNITED STATES MAGISTRATE JUDGE