**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CLAYTON LAMONT VANN, SR.** **PLAINTIFF**
**ADC #108062**

**v.** **Case No. 4:26-cv-00173-LPR-ERE**

**JAMES GIBSON, et al.** **DEFENDANTS**

# ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 42). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to amend his complaint to voluntarily dismiss Kenneth Davis as a party Defendant (Doc. 39) is GRANTED.

2. Plaintiff's claims against Kenneth Davis are DISMISSED without prejudice.

3. The Clerk is directed to terminate Kenneth Davis as a party Defendant.

DATED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE