**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CLAYTON LAMONT VANN, SR.** **PLAINTIFF**
**ADC #108062**

**v.** **Case No. 4:26-cv-00173-LPR-ERE**

**JAMES GIBSON, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 54) and the Plaintiff's Objections (Doc. 55). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendant Chovaski are DISMISSED without prejudice for failure of service.

2. The Clerk is directed to terminate Peaches Chovaski as a party Defendant.

DATED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] The Court appreciates Plaintiff's request for additional time to serve Defendant Chovaski. *See* Doc. 55. Nonetheless, Plaintiff has had more than enough time to provide a proper service address, and he ultimately failed to respond to Judge Ervin's Order (Doc. 51) by the established deadline of September 14, 2026. The Court therefore finds dismissal appropriate under the circumstances.